**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bowigens Beer Company LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Bowigens Beer Company** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4062882** |
| 4. | **Debtor's address** | **Principal place of business**<br>**1014 SR 436**<br>**Casselberry, FL 32707**<br>Number, Street, City, State & ZIP Code<br>**Seminole**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Bowigens Beer Company LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **Bowigens Beer Company LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bowigens Beer Company LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 2, 2026**
MM / DD / YYYY

***X*** **/s/ Robert M. Bowen**
Signature of authorized representative of debtor

**Robert M. Bowen**
Printed name

Title **Managing Member**

---

**18. Signature of attorney**

***X*** **/s/ L. William Porter III**
Signature of attorney for debtor

Date **September 2, 2026**
MM / DD / YYYY

**L. William Porter III**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **407-481-5800** Email address **bporter@lathamluna.com**

**116882 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bowigens Beer Company LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arryved Capital/Parafin,Inc.<br>301 Howard Street<br>Suite 1500<br>San Francisco, CA 94105** | | **Business Loan** | | | | **$15,312.27** |
| **Ascendancy Corp. d/b/a Shield Funding<br>2 Sherri Lane<br>Spring Valley, NY 10977** | | | | | | **$0.00** |
| **CT Corporation System<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203** | | | | | | **$0.00** |
| **Debra Peak<br>103 Battery Ln.<br>Fisherville, KY 40023** | | **Loan** | | | | **$41,527.99** |
| **Elease<br>550 1st Ave North<br>Saint Petersburg, FL 33701** | | **Canning Line** | | | | **$33,858.00** |
| **Elease<br>550 1st Ave North<br>Saint Petersburg, FL 33701** | | **Kegs** | | | | **$25,235.09** |
| **Fora Financial LLC<br>1385 Broadway<br>15th Floor<br>New York, NY 10018** | | **Business Loan** | | | | **$78,660.00** |
| **Fox Business Funding<br>803 S 21st Ave.<br>Hollywood, FL 33020** | | **Business Loan** | | | | **$32,274.80** |

Debtor **Bowigens Beer Company LLC** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Headway Capital 175 W. Jackson Blvd. Suite 1000 Chicago, IL 60604** | | **Business Loan** | | | | **$89,000.00** |
| **Honeycomb Collateral LLC 6008 Broad Street Pittsburgh, PA 15206** | | **Business Loan** | | | | **$60,093.26** |
| **Live Oak Bank 1741 Tiburon Drive Wilmington, NC 28403** | | **SBA- Business Loan** | | | | **$232,126.29** |
| **PEAC Solutions Marlin Capital 300 Fellowship Road Mount Laurel, NJ 08054** | | **Kitchen Equipment** | | | | **$64,034.88** |
| **PEAC Solutions Marlin Capital 300 Fellowship Road Mount Laurel, NJ 08054** | | **30 BBL/Filter** | | | | **$8,160.00** |
| **Ravi Gandhi 1400 N. New York Ave. Winter Park, FL 32789** | | **Loan** | | | | **$211,962.12** |
| **Revenued, LLC 55 Almeria Ave. 2nd Floor Miami, FL 33134** | | **Business Loan** | | | | **$50,400.00** |
| **Scott Bowen 103 Seville Chase Dr. Winter Springs, FL 32708** | | **Loan** | | | | **$65,571.13** |
| **Targeted Lending Co. LLC 5500 Main Street Ste 300 Buffalo, NY 14221** | | **Business Loan** | | | | **$36,880.97** |
| **WebBank/Intuit Financing Inc. c/o Quickbooks PO Box 842978 Dallas, TX 75284** | | **Line of Credit** | | | | **$7,040.98** |

# United States Bankruptcy Court
## Middle District of Florida

In re **Bowigens Beer Company LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert M. Bowen**<br>**1014 SR 436**<br>**Casselberry, FL 32707** | | **35.13%** | **Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 2, 2026**

Signature ***/s/*** **Robert M. Bowen**
**Robert M. Bowen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re **Bowigens Beer Company LLC** Case No. ____________
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 2, 2026** **/s/ Robert M. Bowen**
**Robert M. Bowen**/**Managing Member**
Signer/Title

Bowigens Beer Company LLC
1014 SR 436
Casselberry, FL 32707

L. William Porter III
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Arryved Capital/Parafin,Inc.
301 Howard Street
Suite 1500
San Francisco, CA 94105

Ascendancy Corp.
d/b/a Shield Funding
2 Sherri Lane
Spring Valley, NY 10977

CT Corporation System
330 N Brand Blvd.
Suite 700
Glendale, CA 91203

Debra Peak
103 Battery Ln.
Fisherville, KY 40023

Elease
550 1st Ave North
Saint Petersburg, FL 33701

Fora Financial LLC
1385 Broadway
15th Floor
New York, NY 10018

Fox Business Funding
803 S 21st Ave.
Hollywood, FL 33020

Headway Capital
175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604

Honeycomb Collateral LLC
6008 Broad Street
Pittsburgh, PA 15206

Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403

PEAC Solutions
Marlin Capital
300 Fellowship Road
Mount Laurel, NJ 08054

Ravi Gandhi
1400 N. New York Ave.
Winter Park, FL 32789

Revenued, LLC
55 Almeria Ave.
2nd Floor
Miami, FL 33134

Robert M. Bowen
1014 SR 436
Casselberry, FL 32707

Scott Bowen
103 Seville Chase Dr.
Winter Springs, FL 32708

Targeted Lending Co. LLC
5500 Main Street
Ste 300
Buffalo, NY 14221

WebBank/Intuit Financing Inc.
c/o Quickbooks
PO Box 842978
Dallas, TX 75284

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Florida

In re **Bowigens Beer Company LLC** Case No. ______
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,000.00** |
| Prior to the filing of this statement I have received | $ | **7,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 2, 2026**
*Date*

**/s/ L. William Porter III**
**L. William Porter III**
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**407-481-5800 Fax: 407-481-5808**
**bporter@lathamluna.com**
*Name of law firm*