# United States Bankruptcy Court
## Middle District of Florida

In re **Bowigens Beer Company LLC** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bowigens Beer Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 2, 2026**
Date

**/s/ L. William Porter III**
**L. William Porter III**
Signature of Attorney or Litigant
Counsel for **Bowigens Beer Company LLC**

**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**407-481-5800 Fax:407-481-5808**
**bporter@lathamluna.com**